FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THAISHAUN JAMAR ALTOREEK HUNTER<br><br>Defendant. | No. 2:18-CR-00222-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 41)** |

Before the Court is Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 41**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Defendant requests the requirements in condition #28 be removed, and that he no longer be required to be on electronic monitoring or follow a curfew as these impede his work and school schedules.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 41**, is **GRANTED**. Condition #28 is stricken effective August 29, 2019. Defendant is no longer required to be on electronic monitoring or follow a curfew.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 29, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1