UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunter, Thaishaun Jamar Altoreek | Docket No. | 0980 2:18CR00222-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Thaishaun Jamar Altoreek Hunter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of June 2019, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Thaishaun Hunter is alleged of being in violation of his conditions of pretrial release by being charged with possession of drug paraphernalia in Mecklenburg County, North Carolina, on or about April 30, 2020.

On June 14, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Hunter. He acknowledged an understanding of his conditions, which included standard condition number 1.

On May 1, 2020, the below said officer received the following information from the supervising probation officer in the Eastern District of North Carolina, as reported by Sergeant (Sgt.) Bignall of the Charlotte-Mecklenburg Police Department's Gang Unit.

Per the probation officer, Sgt. Bignall stated there have been several gang shootings in the Charlotte, North Carolina, area over the last few weeks. According to Sgt. Bignall, a male subject was shot on April 29, 2020; however, 911 was not called until 3 hours later. Although the shooting was reported as a home invasion, investigators believe it was a drug deal gone bad.

On April 30, 2020, as a result of the shooting on April 29, 2020, officers were conducting surveillance on the residence of David Reed, who is the known leader of the BLOCC Gang in Charlotte, North Carolina. Sgt. Bignall reported that Mr. Hunter and other male subjects arrived at the residence and stayed for several hours. At some point, a male subject went to a vehicle (noted as a Kia), that was previously operated by Hunter, and replaced the regular license plate with a paper tag. Officers then observed Mr. Hunter and other male subjects, with hoodies pulled tightly around their faces, exit the residence and leave in the Kia. As the Kia stopped at a nearby gas station, officers conducted a traffic stop due to the North Carolina Stay Home Order (COVID-19). When officers spoke with the male subjects, all of them told different stories about what they were doing out so late at night. According to Sgt. Bignall, a subsequent search of the male subjects and the vehicle revealed an AR-15 handgun, a stolen handgun, and a set of scales. According to Sgt. Bignall, Mr. Hunter denied any knowledge of the firearms and the scales, however, Sgt. Bignall advised the investigators believe the male subjects may have been preparing for a drive by shooting.

Sgt. Bignall advised the supervising officer that Mr. Hunter will be charged with possession of drug paraphernalia pertaining to the scales found during their search.

Police reports from the above-noted pending criminal matters are forthcoming.

Re: Hunter, Thaishaun Jamar Altoreek
May 6, 2020
Page 2

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 6, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 7, 2020
Date