UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunter, Thaishaun Jamar Altoreek | Docket No. | 0980 2:18CR00222-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Thaishaun Jamar Altoreek Hunter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of June 2019, under the following conditions:

**Standard Condition #8**: Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2**: Thaishaun Hunter is alleged of being in violation of his conditions of pretrial release by transporting a firearm on or about May 1, 2020.

On June 14, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Hunter.  He acknowledged an understanding of his conditions, which included standard condition number 8.

On May 8, 2020, the below-said officer received the internal incident report from Charlotte-Mecklenburg Police Department (Complaint # 20200501-0119-01) from the incident dated May 1, 2020.  According to the report, the following occurred regarding Mr. Hunter (directly quoted from the report):

    *On the 30th of April 2020 I was working as a sworn law enforcement officer assigned as a detective with the Gang Enforcement Unit. I was operating in an undercover capacity and operating an undercover vehicle. At approximately 2130 hours I was conducting undercover physical surveillance on 5636 Via Romano Dr. apt. H.*

    *At approximately 2143 hours I observed a silver 2012 Kia Sorento displaying NC PHD5080 pull into a parking spot on Providence Square Dr. I observed four black males exit the vehicle and walk into the residence of 5636 Viz Romano Dr. apt. H. I observed that the suspect, Thaishaun HUNTER, was the driver of the vehicle.*

    *At approximately 2245 hours I observed HUNTER and Calvin DEBNAM walk back to the silver 2012 KIA Sorento. I observed HUNTER and DEBNAM open the back hatch of the vehicle and also get into the vehicle from all four doors.  I observed HUNTER and DEBNAM begin to move items around within the vehicle. I then observed HUNTER and DEBNAM remove the issued NC license plate of PHD5080 and replace it with a plastic 30-day temporary license plate. I observed DEBNAM retrieved a black back pack from the back hatch of the vehicle and put it on his back.*

    *HUNTER and DEBNAM then walked back into the residence of 5636 Via Romano Dr. apt. H.  At approximately 0100 hours on the 1st of May 2020 I observed HUNTER who was carrying a duffel bag in his right hand, DEBNAM who was carrying a duffle bag in his right hand and a back pack on his back, and Zacchaeus RIVERS who was carrying a duffel bag in his right hand walk towards the silver 2012 KIA Sorento. I observed all three males place their bag in the back hatch of the vehicle. I then observed HUNTER get into the driver's seat while RIVERS got into the front passenger seat. I then observed DEBNAM retrieve an oddly shaped item from the rear hatch of the vehicle. I observed the*

item retrieved was oddly shaped and wrapped in a clothing item. DEBNAM placed this item in the back seat of the vehicle and then got into the rear seat of the vehicle.

At approximately 0104 hours I observed the vehicle pull out of the parking lot and travel towards Reserve Dr. Undercover detectives followed the silver 2012 KIA Sorento as it turned left onto International Dr. and then turn right onto Providence Rd. I observed the vehicle turn into the Exxon gas station located at 5700 Old Providence Rd. I observed the vehicle pull up to a gas pump and HUNTER exit the vehicle and enter the business. While HUNTER was exiting the business and re-approaching the vehicle, Detectives and Officers pulled into the parking lot and made contact with all occupants of the vehicle. Upon detectives locating a firearm inside of the vehicle, I was requested to return to 5636 Via Romano Dr. apt. H to maintain physical surveillance.

At approximately 0120 hours I was requested to head to the CMPD LEC to assist with interviews. Upon arrival, Detective Adcox and I were requested to interview HUNTER. At approximately 0315 hours Detective Adcox and I entered interview room #2005 to conduct an interview with HUNTER. Detective Adcox read HUNTER his Miranda rights in which he stated he understood and did not have any questions about. HUNTER waiver his Miranda rights by signing the written Miranda waiver.

Post Miranda, HUNTER stated that he lives in Raleigh, NC and came to visit Kenji Henderson (Lomax) after hearing he was shot on the previous night. HUNTER advised that he arrived in Charlotte on 04/30/2020 at around 0300 hours. HUNTER stated that tonight he was headed back to Raleigh with his cousin, RIVERS, and was going to drop DEBNAM off somewhere but didn't know where. When HUNTER was confronted about swapping out his tag, HUNTER stated that he was doing it for his own protection because people may want to shoot at him because of who he associates with and that these people know his car and his tag. HUNTER could not advise who these people are but referred to the people who shot Kenji Henderson. When asked about the firearms located in his vehicle, HUNTER denied any knowledge of them. When asked if his DNA would be on either firearm, HUNTER advised that his DNA would be on the firearms if his DNA transferred from the vehicle seats. HUNTER stated that he allows others to drive his vehicle and that he plays basketball and sweats a lot in his vehicle seats. After confronting HUNTER about his story not making sense he began to shut down and began only repeating himself. Due to this, Detective Adcox and I completed our interview with HUNTER and exited the interview room at 0400 hours. This concludes my involvement in this case.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE PENDING VIOLATIONS PREVIOUSLY SUBMITTED TO THE COURT.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2020

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____May 11, 2020_____
Date