PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2020

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| **Hunter, Thaishaun Jamar Altoreek** | )   Case No. 0980 2:18CR00222-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Hunter, Thaishaun Jamar Altoreek, have discussed with Timothy Gupton, United States Probation Officer in the Eastern District of North Carolina and my attorney, modification of my release as follows:

**Addition of the following special condition:**

**GPS Monitoring**: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshal's Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home Detention**: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

Defendant may obtain permission from supervising United States Probation Officer for travel overnight while under GPS Monitoring and Home Detention to the Eastern District of Washington for court related matters only. Defendant must provide detailed travel itinerary to United States Probation Officer prior to travel and maintain contact with United States Probation Officer during travel.

**Modification of additional condition #14 as follows:**
Defendant shall remain in the Eastern District of North Carolina while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5/14/20        _____ 5/14/2020
Signature of Defendant            Date          Pretrial Services/Probation Officer    Date

Hunter, Thaishaun Jamar Altoreek                Timothy Gupton

I have reviewed the conditions with my client and concur that this modification is appropriate.

s/Jay McEntire (signed remotely)                05/08/2020
_____                  _____
Signature of Defense Counsel                    Date

Jay McEntire

[X]  The above modification of conditions of release is ordered, to be effective on  5-14-2020

[ ]  The above modification of conditions of release is not ordered.

_____                  5-20-2020
Signature of Judicial Officer                   Date

Honorable Magistrate Judge  John T. Rodgers