UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.     Hunter, Thaishaun Jamar Altoreek     Docket No.     0980 2:18CR00222-WFN-1

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Thaishaun Jamar Altoreek Hunter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of June 2019, under the following conditions:

**Standard Condition #8**: Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Thaishaun Hunter is alleged being in violation of his conditions of pretrial release by transporting a firearm on May 3, 2020.

On June 14, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Hunter. He acknowledged an understanding of his conditions, which included standard condition number 8.

On May 13, 2020, the below said officer received an email from the Eastern District of North Carolina which was forwarded to their office by the Charlotte Metropolitan Police Department Gang Unit (CMPD) containing three videos dated May 3, 2020. The videos reflect Mr. Hunter and three male individuals involved in a shooting in Charlotte, North Carolina. The video depicts Mr. Hunter's vehicle (Kia Sorrento) in a parking lot with numerous other individuals. The video then shows one of the male individuals with Mr. Hunter with a firearm shooting toward a vehicle outside of the parking lot. The parking lot begins to clear out immediately and Mr. Hunter gets into the driver's seat of his vehicle; the other males, including the male possessing the firearm and shooting the firearm, get into Mr. Hunter's vehicle and proceed to leave. According to the information received from CMPD, Mr. Hunter is identified and confirmed as the driver of the vehicle. Per CMPD, Mr. Hunter will be charged with felony conspiracy.

Pending criminal charges are forthcoming.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE PENDING VIOLATIONS PREVIOUSLY SUBMITTED TO THE COURT.

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 19, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt |
|  | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 19, 2020
Date