PROB 12C
(6/16)

Report Date: November 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter        Case Number: 0980 2:18CR00222-WFN-1

Address of Offender:                                     Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:    Felon in Possession of Ammunition , 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:   Prison - Time Served (297 days)        Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Patrick Cashman                       Date Supervision Commenced: September 3, 2020

Defense Attorney:    John Barto McEntire, IV               Date Supervision Expires: September 2, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Thaishaun Jamar Altroeek Hunter is alleged to have violated his conditions of supervised release by committing the offense of third degree assault on November 17, 2020.

On September 4, 2020, the conditions of supervised release were reviewed with Mr. Hunter. Mr. Hunter acknowledged an understanding of the conditions of supervised release, which included mandatory condition number 1.

The following information was gathered from Spokane Police Department (SPD) report number 2020-20200905.

On November 17, 2020, at approximately 11:01 p.m., a SPD officer was dispatched to an apartment in Spokane, Washington, for a reported domestic violence incident. The female complainant advised her ex-boyfriend, Mr. Hunter, had just kicked out the window at her apartment and she was bleeding everywhere.

The responding officers arrived at the apartment and contacted the alleged victim. The

Prob12C
Re:  Hunter, Thaishaun Jamar Altoreek
November 18, 2020
Page 2

alleged victim reported she resides in the apartment with her child.  She advised Mr. Hunter is the father of this child and they had dated "off and on" for the past 3 years.  The alleged victim stated she recently moved from North Carolina and was attempting to end her relationship with Mr. Hunter.

The alleged victim stated on the evening of November 17, 2020, Mr. Hunter sent her multiple text messages.  Mr. Hunter reportedly wanted to re-establish a relationship with her and see his child.   She stated she has started dating another male, who was in the residence at the time off the alleged incident.  The alleged victim stated her boyfriend told her that someone was standing at her window.  When she pulled the shade to the window, she reportedly saw Mr. Hunter looking directly at her.  He allegedly was yelling "Bitch! Bitch!" through the window.  Mr. Hunter then allegedly kicked the window twice.  On the second impact, the window shattered into a small bedroom in the apartment.  The alleged victim was showered in glass and began bleeding from multiple cuts. Mr. Hunter ran toward his vehicle and left the scene.  The alleged victim provided the officers with a description of his vehicle.  There were no firearms in view of the responding officer.  The alleged victim indicated he could  likely get a firearm if he wanted to do so.

The responding officer observed the victim was covered in many pieces of glass.  The glass had cut her in several places and she had dried blood that ran down her chest and onto her abdomen.  There was glass all over the bedroom floor, with most of it being on a bed.  The alleged victim stated her child was in the bedroom at the time of the incident, but he was not injured.

Based on the alleged victim's injuries and broken glass, the officer determined that probable cause exists to charge Mr. Hunter with third degree assault domestic violence, as kicking the glass caused injury to the victim.  The officer also determined that probable cause also existed to charge him with malicious mischief, but at the time of the contact, the officer was unable to speak to the building manager to place a value on the damaged window.  Due to Mr. Hunter not being located, the officer issued a probable cause affidavit requesting a warrant be issued for his arrest.

The U.S. Probation Office respectfully recommends the Court issue a warrant  requiring the offender appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/18/2020

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
**November 18, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_11/18/2020_____
Date