PROB 12C
(6/16)

Report Date: February 16, 2021

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thaishaun Jamar Altoreek Hunter | Case Number: 0980 2:18CR00222-WFN-1 |
| Address of Offender: | Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 297 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney | Patrick Cashman | Date Supervision Commenced: September 3, 2020 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: September 2, 2023 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 18, 2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged on February 13, 2021, Mr. Hunter violated his conditions of supervised release as he was arrested by the Idaho State Police (ISP) for a domestic violence protection order violation, Idaho code 39-6312.<br><br>On September 4, 2020, the conditions of supervised release were reviewed with Mr. Hunter. Mr. Hunter acknowledged an understanding of the conditions of supervised release, which included mandatory condition number 1.<br><br>The following information was gathered from ISP incident number C21000381.  On February 13, 2021, at approximately 1:36 a.m., ISP conducted a traffic stop on a vehicle on westbound interstate 90 near mile post 7 in Kootenai County, Idaho.  The female driver was identified as Marissa Bear.  The passenger gave a false name to the officer, and the officer later identified the male passenger as Mr. Hunter. Mr. Hunter was arrested as there was an active protection order prohibiting Mr. Hunter from having contact with Ms. Bear.  The protection order originated under Spokane Police Department case number 2020-20200905. He was booked into the Kootenai County Jail for a domestic violence protection order violation. |

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
**February 16, 2021**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to residence without first getting permission from the court or the probation officer. |

**Supporting Evidence**: It is alleged Mr. Hunter violated his conditions of supervised release by being in the District of Idaho without the permission of the probation officer on or about February 13, 2021.

On September 4, 2020, the conditions of supervised release were reviewed with Mr. Hunter. Mr. Hunter acknowledged an understanding of the conditions of supervised release, which included standard condition number 3.

In reference to violation number 2, Mr. Hunter was arrested in the District of Idaho on or about February 13, 2021. The undersigned officer did not authorize Mr. Hunter to travel to Idaho.

| | | |
|---|---|---|
| 4 | | **Special Condition 11**: You are restricted to your residence every day from 6:00 p.m. to 7:00 a.m. Your supervising probation officer maintains the authority to modify this schedule subject to verified employment hours that conflict with the curfew. |

**Supporting Evidence:** It is alleged Mr. Hunter violated the special condition by being in direct violation of his court ordered curfew on February 13, 2021.

On January 25, 2021, a supervised release hearing was held. The Court modified Mr. Hunter's conditions of supervised release and ordered Mr. Hunter to abide by a curfew. The Court imposed a curfew and Mr. Hunter was restricted to his residence from 6 p.m. to 7 a.m.

On February 13, 2021, the undersigned officer was notified by ISP that Mr. Hunter was contacted and arrested by ISP just after 1:30 a.m., which is a direct violation of his Court ordered curfew.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/16/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
**February 16, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

2/16/2021
Date