PROB 12C
(6/16)

Report Date: October 20, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter    Case Number: 0980 2:18CR00222-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 297 days                Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 140 days
(September 21, 2021)     TSR - 28 months

Asst. U.S. Attorney:     Patrick J. Cashman               Date Supervision Commenced: September 21, 2021

Defense Attorney:        John Barto McEntire, IV          Date Supervision Expires: January 20, 2024

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 1**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**:  It is alleged that Thaishaun Hunter violated the terms of his supervised release on or about October 16, 2021, by not following the rules and regulations of the treatment program and leaving inpatient treatment at Pioneer Center East, without authorization of the treatment facility nor the supervising probation officer.

On September 21, 2021, supervision commenced in this matter.  On September 23, 2021, a supervision intake was completed.  The judgment was reviewed with Mr. Hunter. He signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include the above-noted special condition number 1.

Prob12C
# Re: Hunter, Thaishaun Jamar Altoreek
October 20, 2021
Page 2

On October 16, 2021, Mr. Hunter left a voice mail for this officer stating he needed to leave inpatient treatment because a friend of his had been shot and killed in downtown Spokane the night prior, and he wanted to be there for his family. Later that evening, the undersigned officer received a voice mail from staff at Pioneer Center East stating Mr. Hunter had chosen to abscond from inpatient treatment.

On October 18, 2021, an officer from U.S. Probation Office spoke with staff at Pioneer Center East. Staff stated they were clear with Mr. Hunter that he could not leave their facility without the permission of the undersigned officer, however, he chose to leave.

2    **Mandatory Condition # 1**: You must not commit another federal, state or local crime

**Supporting Evidence:** It is alleged that Mr. Hunter violated his conditions of supervised release on October 16, 2021, by committing fourth degree assault domestic violence.

On September 21, 2021, supervision commenced in this matter. On September 23, 2021, a supervision intake was completed. The judgment was reviewed with Mr. Hunter. He signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include the above-noted mandatory condition number 1.

According to a police report filed by the Spokane Police Department, case number 2021-20179107, officers were dispatched to the address of Mr. Hunter's mother, for a domestic violence call on October 16, 2021.

According to Mr. Hunter's mother, the mother of Mr. Hunter's child was intoxicated and attempted to leave in her vehicle with their child. An altercation ensued between Mr. Hunter and the mother of his child, and she allegedly began to hit Mr. Hunter. Mr. Hunter's mother stated that the mother of his child tripped on the ground and hurt herself. She said that Mr. Hunter left because he has a bad reputation with the police, stating he would not return to talk to the police nor would she disclose of his whereabouts.

The police officer reviewed a video from a ring camera on Mr. Hunter's mother's cellular telephone, which showed Mr. Hunter, the mother of his child and four to five other individuals on the porch of Mr. Hunter's mother's home. Two females began yelling at the mother of his child, and then she and Mr. Hunter began to argue. The mother of his child got upset and walked toward the street, and Mr. Hunter and other individuals followed her into the street where a physical confrontation occurred, however, the video is unable to make out who is who. Soon after, Mr. Hunter and others returned to the home with the mother of his child following and she had blood running down her face.

The mother of his child was interviewed by an officer. She stated that Mr. Hunter had slammed her face into the pavement. She had a visible bump, the size of a baseball, on her head and a few cuts to her face that were still bleeding. She also had a hole in her upper lip where it appeared her tooth had gone through her lip. The officer observed no other scratches or injuries on her to indicate she had fallen.

Probable cause was developed by the officers to charge Mr. Hunter, at minimum, with fourth degree assault domestic violence.

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
October 20, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/20/2021
Date