PROB 12C
(6/16)

Report Date: November 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter            Case Number: 0980 2:18CR00222-WFN-1

Address of Offender:                                         Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 297 days              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison- 140 days
(September 21, 2021)     TSR- 28 months

Asst. U.S. Attorney:     Patrick J. Cashman              Date Supervision Commenced: September 21, 2021

Defense Attorney:        Kathryn Patricia Lucido         Date Supervision Expires: January 20, 2024

## PETITIONING THE COURT

**Please Note:** The original petition was filed by the Court on October 20, 2021. The purpose of this petition is to reflect updated information regarding violation number 2 and additional violation number 4.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

2                   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

                    **Supporting Evidence**: It is alleged that Mr. Hunter violated his conditions of supervised release by being charged with second degree assault on or about October 29, 2021. The original charge committed was fourth degree assault; however, it has been amended to second degree assault.

                    On September 21, 2021, supervision commenced in this matter. On September 23, 2021, a supervision intake was completed. The judgment was reviewed with Mr. Hunter. He signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include the above-noted mandatory condition number 1.

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
November 3, 2021
Page 2

On October 20, 2021, the undersigned officer filed a violation report alleging Mr. Hunter committed fourth degree assault domestic violence. On October 29, 2021, the undersigned officer learned that the charges were amended to second degree assault. Mr. Hunter posted $25,000 bail on or about October 30, 2021. He attended his first court appearance on November 2, 2021, and has his next scheduled hearing on November 11, 2021.

3    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Hunter violated his conditions of supervised release by consuming marijuana and cocaine on or about October 18, 2021.

On September 21, 2021, supervision commenced in this matter. On September 23, 2021, a supervision intake was completed. The judgment was reviewed with Mr. Hunter. He signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include the above-noted mandatory condition number 2.

On October 28, 2021, the undersigned officer reached out to Pioneer Center East staff, to inquire if a urinalysis test was submitted by Mr. Hunter upon his reentry into the inpatient treatment program on October 18, 2021. Staff confirmed Mr. Hunter submitted to urinalysis testing and was positive for both marijuana and cocaine.

On November 1, 2021, the undersigned officer confronted Mr. Hunter on the positive urinalysis test. Mr. Hunter admitted to using marijuana on October 17, 2021, but he denied using cocaine. Mr. Hunter stated that the marijuana he consumed must have been laced with cocaine.

4    **Special Condition #3:** You must not communicate, associate, or otherwise interact, with any know criminal street gang member, or their affiliates, without first obtaining permission of the probation officer.

**Supporting Evidence:** It is alleged that Mr. Hunter is in violation of his conditions of supervised release by associating with a known criminal street gang member on or about October 31, 2021.

On September 21, 2021, supervision commenced in this matter. On September 23, 2021, a supervision intake was completed. The judgment was reviewed with Mr. Hunter. He signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include the above-noted special condition number 3.

On November 1, 2021, the undersigned officer received and viewed a video from Snapchat, a social media platform. The video clearly shows Mr. Hunter driving a vehicle with a male who the undersigned officer has learned to be a documented gang member with the gangster disciples. The video was date stamped for October 31, 2021, at approximately 11:52 a.m., Mr. Hunter was not authorized to associate with a known gang member.

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
November 3, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/03/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/4/2021
Date