# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunter, Thaishaun Jamar Altoreek | Docket No. | 0980 2:18CR00222-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Thaishaun Jamar Altoreek Hunter, who was placed under pretrial release supervision by the Honorable John T. Rodgers, U.S. Magistrate Judge, sitting in the Court on the 28th day of October 2021, under the following conditions:

**Condition #2:** Home Detention: The defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case related matters; court ordered obligations; or other activities as pre approved by Pre Trial Services Office or supervising officer, including but not limiting to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: It is alleged that Mr. Hunter is in violation of his pretrial conditions by failing to abide by his Court ordered home detention on October 31, 2021. On November 1, 2021, the undersigned officer received and viewed a video from Snapchat, a social media platform. The video clearly shows Mr. Hunter driving a vehicle with a male known to be a documented gang member. The video was date stamped for October 31, 2021, at approximately 11:52 a.m., which is a direct violation of Mr. Hunter's Court ordered home detention. In addition, Mr. Hunter also stated that he left his residence the evening of October 31, 2021, and took his child trick or treating. The undersigned officer did not authorize Mr. Hunter to leave his residence on October 31, 2021.

On October 28, 2021, Mr. Hunter appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for the purpose of a probable cause and detention hearing. Mr. Hunter was granted his release and he was ordered to be placed on home detention, which was explained to him.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    November 3, 2021 |
| by | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Pretrial Services Officer |

PS-8
**Re: Hunter, Thaishaun Jamar Altoreek**
**November 3, 2021**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 5, 2021
_____
Date