PROB 12C
(6/16)

Report Date: June 23, 2022

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter     Case Number: 0980 2:18CR00222-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 297 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (September 21, 2021) | Prison - 140 days TSR - 28 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: September 21, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 20, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021, and 11/04/2021.

On September 23, 2022, the conditions of supervision were reviewed with Mr. Hunter. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using marijuana on or around June 6, 2022. |
| | On June 6, 2022, Mr. Hunter submitted to urinalysis testing at Pioneer Human Services. The sample was confirmed positive by the contract laboratory. Mr. Hunter denied the use of marijuana and claimed that he "took a hit" from a co-worker's vape pen not knowing it contained marijuana. |

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
June 23, 2022
Page 2

| | | |
|---|---|---|
| | 6 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release for failing to appear for urinalysis testing on June 17, 2022.

On June 17, 2022, the color of the day for urinalysis testing at Pioneer Human Services was gold 1, Mr. Hunter's assigned color for urinalysis testing. The undersigned was informed that Mr. Hunter failed to appear for urinalysis testing on that date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 23, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/24/2022
Date