PROB 12C
(6/16)

Report Date:  October 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter    Case Number: 0980 2:18CR00222-WFN-1

Address of Offender: ████████████████████, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 297 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(September 21, 2021) | Prison - 140 days;<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: September 21, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 20, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2021, 11/4/2021, 06/23/2022, and 08/31/2022.

On September 23, 2022, the conditions of supervision were reviewed with Mr. Hunter. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using marijuana on or around September 30, 2022. |
| | On September 30, 2022, Mr. Hunter submitted to urinalysis testing at the U.S. Probation Office and the sample was sent to the contract laboratory for further testing. The contract laboratory confirmed a positive test for marijuana. |

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
**October 12, 2022**
**Page 2**

9        **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

         **Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to appear for urinalysis testing at Pioneer Human Services on September 16, 2022.

         On September 16, 2022, the color of the day for urinalysis testing at PHS was gold 2, Mr. Hunter's assigned color for urinalysis testing. Mr. Hunter failed to appear as directed.

10       **Special Condition #5:** You must undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider

         **Supporting Evidence:** It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to attend his individual counseling session as directed on October 7, 2022.

         On September 28, 2022, Mr. Hunter's counselor at Pioneer Human Services (PHS) contacted the undersigned officer advising he was not present for his individual therapy appointment; however, she had spoken to him and rescheduled the appointment for October 7, 2022. On October 7, 2022, Mr. Hunter was yet again absent from his individual therapy session at PHS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 12, 2022

                  s/Corey M. McCain

                  Corey M. McCain
                  U.S. Probation Officer

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
**October 12, 2022**
**Page 3**

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]  Defendant to appear before the Judge assigned to the
       case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

 10/13/2022
_____
Date