PROB 12C
(6/16)

Report Date: February 2, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter         Case Number: 0980 2:18CR00222-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 297 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 21, 2021) | Prison - 140 days<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: September 21, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 20, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2021, 11/4/2021, 6/23/2022, 8/31/2022 and 10/12/2022.

On September 23, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Hunter, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about January 7, 2023, Thaishaun Hunter allegedly violated special condition number 6 by consuming marijuana.<br><br>On January 12, 2023, the offender reported to the U.S. Probation Office to meet with the undersigned officer as scheduled. The offender was subsequently informed he would be subject to random urinalysis testing, and he initially suggested he was unable to provide a sample. Mr. Hunter eventually admitted using marijuana on or about January 7, 2023. He signed an admission of use form confirming his use. The offender was informed he would still need to submit to random urinalysis testing to verify his admission. |

Prob12C
# Re: Hunter, Thaishaun Jamar Altoreek
February 2, 2023
Page 2

| | |
|---|---|
| 12 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 12, 2023, Thaishaun Hunter allegedly violated special condition number 6 by failing to submit to random urinalysis testing as directed.

On January 12, 2023, the offender admitted to the use of marijuana on or about January 7, 2023. In spite of that admission, the offender was informed he would still need to submit to random urinalysis testing as directed.

More than 2 ½ hours after reporting to the U.S. Probation Office on January 12, 2023, the offender insisted he was still unable to provide a sample. Based on concerns the offender was attempting to circumvent urinalysis testing, the assigned officer informed Mr. Hunter he would be fitted with a sweat patch as a means of monitoring his sobriety. Although he insisted on speaking with his attorney first, a sweat patch was applied to the offender as the conditions of his federal supervision allow for sweat patch testing.

Mr. Hunter was instructed to report back to the U.S. Probation Office on the morning of January 18, 2023, so the sweat patch could be collected and sent to the laboratory for testing.

| | |
|---|---|
| 13 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 18, 2023, Thaishaun Hunter allegedly violated special condition number 6 by failing to submit to sweat patch testing as directed.

Shortly before noon on January 18, 2023, this officer contacted the offender, who had still not reported to the U.S. Probation Office to have his sweat patch collected. Initially Mr. Hunter claimed he had not yet reported because he was not allowed to bring his children to the probation office, which this officer noted was absolutely untrue. The offender was instructed to report to the U.S. Probation Office immediately and notified that failure to do so would be reported to the Court.

Prior to arriving at the U.S. Probation Office, the offender contacted the assigned officer to advise he was no longer wearing the sweat patch that had been applied to his arm on January 12, 2023. Mr. Hunter claimed he was under the impression he was no longer on federal supervision because of a conversation he had with his attorney. He did although acknowledge that neither the Court nor the U.S. Probation Office informed him that his term of supervision had been terminated and that he could remove the sweat patch. It should be noted, the offender made no attempt to contact this officer to confirm he was no longer on supervision and thus allowed to remove the sweat patch.

Another sweat patch was subsequently applied to the offender.

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
February 2, 2023
Page 3

| | |
|---|---|
| 14 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 18, 2023, Thaishaun Hunter allegedly violated special condition number 6 by consuming methamphetamine, amphetamine, cocaine and THC (tetrahydrocannabinol).

On January 18, 2023, the offender reported to the U.S. Probation Office and was subject to random urinalysis testing. Mr. Hunter provided a urine sample that was presumptive positive for methamphetamine, amphetamine, cocaine and THC, but he denied any illicit drug use. As such, the sample was sent to the laboratory for further testing.

On January 31, 2023, this officer received lab confirmation that the urine sample provided by the offender on January 18, 2023, was in fact positive for marijuana, as well as amphetamine and methamphetamine.

On February 2, 2023, lab verification was received confirming that the urine sample collected from the offender on January 18, 2023, was also positive for cocaine.

| | |
|---|---|
| 15 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 20, 2023, Thaishaun Hunter allegedly violated special condition number 6 by consuming methamphetamine, cocaine and THC.

On January 20, 2023, the offender reported to the U.S. Probation Office to meet with the assigned officer as instructed. The offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, THC and cocaine. Because he denied the use of controlled substances, the urine sample was sent to the lab for further testing.

On January 31, 2023, this officer received lab confirmation that the urine sample provided by the offender on January 18, 2023, was in fact positive for marijuana as well as amphetamine and methamphetamine. Cocaine verification is currently pending as of the writing of this report.

| | |
|---|---|
| 16 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 31, 2023, Thaishaun Hunter allegedly violated special condition number 6 by consuming amphetamine, methamphetamine and THC.

On January 31, 2023, the offender reported to the U.S. Probation Office for random urinalysis testing as instructed. Mr. Hunter subsequently provided a urine sample that was presumptive positive for amphetamine, methamphetamine and THC. The offender once

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
February 2, 2023
Page 4

again claimed he had consumed marijuana on or about January 7, 2023, but denied the use of methamphetamine, and he signed a denial of use form confirming that claim.

Because the first urine sample provided by the offender was very dilute, a second urine sample was collected, and both samples were sent to the lab for further testing. As of the writing of this report, those lab results remain outstanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/02/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/2/2023
Date