PROB 12C
(6/16)

Report Date: December 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter    Case Number: 0980 2:18CR00222-WFN-1

Address of Offender: ███████████████    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 297 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 21, 2021) | Prison - 141 days<br>TSR - 28 months | |
| Revocation Sentence:<br>(February 8, 2023) | Prison - 6 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: September 10, 2025 |

## PETITIONING THE COURT

To issue a summons.

On August 14, 2023, the conditions of supervision were reviewed with Mr. Hunter and he signed his revocation judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

1  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using cocaine on or around November 22, 2023.

On November 22, 2023, a sweat patch was applied to the left arm of Mr. Hunter and was removed and sent to the laboratory for testing on November 29, 2023. On December 12, 2023, lab results were received showing a positive test for cocaine. Mr. Hunter denied using controlled substances when questioned but stated he ingested, "a gummy."

Prob12C
**Re: Hunter, Thaishaun Jamar Altoreek**
December 27, 2023
Page 2

| | |
|---|---|
| 2 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to notify the undersigned officer of a change in his employment since October 27, 2023, as required by his conditions of supervised release.

On or around September 6, 2023, Mr. Hunter secured employment at Clinkerdagger restaurant. After learning Mr. Hunter may no longer be employed at the restaurant, contact was made with a manager at Clinkerdagger on December 19, 2023. The manager reported Mr. Hunter was no longer employed at Clinkerdagger.

On December 21, 2023, the undersigned officer spoke with a different manager who confirmed Mr. Hunter's last day of employment was on October 27, 2023, and his status as an employee there had been terminated. It was reported Mr. Hunter had not been showing up for work.

| | |
|---|---|
| 3 | **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer. |

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to be truthful to the undersigned officer when responding to questions about his employment since October 17, 2023.

On December 15, and 21, 2023, the undersigned officer and Mr. Hunter spoke specifically about his employment during personal contacts and Mr. Hunter continued to verbalize his employment at Clinkendagger was current. Mr. Hunter provided an earnings statement from Clinkendagger dated December 18, 2023, that appeared to be photocopied. He continued to say he was employed at Clinkendagger even when confronted on the information the undersigned officer had received.

When the undersigned officer called the employer again on December 21, 2023, and advised of the alleged earnings statement received, the manager stated they had no record of that pay stub in their system. Mr. Hunter denied fabricating a pay stub and presenting it to the undersigned officer. On December 22, 2023, Mr. Hunter reached out to the undersigned officer and admitting to lying to the undersigned officer about his employment.

| | |
|---|---|
| 4 | **Special Condition #5:** You must undergo a substance abuse evaluation and if indicated by a license/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment or aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
December 27, 2023
Page 3

**Supporting Evidence:** It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to attend his substance abuse treatment class and his monthly individual session with his counselor on December 22, 2023.

On the above-noted date, the undersigned was notified by staff at Pioneer Human Services (PHS) that Mr. Hunter was a no show for both his group and individual counseling sessions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 27, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/28/2023
Date