PROB 12C
(6/16)

Report Date: January 8, 2024

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thaishaun Jamar Altoreek Hunter        Case Number: 0980 2:18CR00222-WFN-1

Address of Offender:                              Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 297 days;            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 141 days
(September 21, 2021)     TSR - 28 months

Revocation Sentence:     Prison - 6 months
(February 8, 2023)       TSR - 25 months

Asst. U.S. Attorney:     Patrick J. Cashman           Date Supervision Commenced: August 11, 2023

Defense Attorney:        Federal Public Defender      Date Supervision Expires: September 10, 2025

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/28/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using a controlled substance, cocaine, on or around December 26, 2023

Mr. Hunter reported to the probation office on December 26, 2023 and a random urinalysis test was collected. The urine sample yielded a positive finding for the presence of cocaine. Mr. Hunter denied the consumption of cocaine. The contract laboratory confirmed the presence of cocaine.

Prob12C  
Re: Hunter, Thaishaun Jamar Altoreek  
January 8, 2024  
Page 2

| | | |
|---|---|---|
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. | |

**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using a controlled substance, marijuana, on or around December 27, 2023.

On January 3, 2023, Mr. Hunter reported to the U.S. Probation Office. A random urinalysis test was collected, which yielded a positive test for marijuana. Mr. Hunter admitted to the use of marijuana on or around December 27, 2023. He signed an admission of drug use form.

7   **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On January 3, 2023, Mr. Hunter reported to the probation office. A random urinalysis test was collected, which yielded a positive test for cocaine. Mr. Hunter denied the use of cocaine. The sample was sent to the contract laboratory, which confirmed the test was positive for cocaine.

8   **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicited of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer

**Supporting Evidence**: Mr. Hunter is alleged to have violated his conditions of supervised release by associating with a convicted felon on or around January 4, 2024.

On January 4, 2024, Mr. Hunter was pulled over by law enforcement. A passenger in his vehicle was arrested on an outstanding warrant. The passenger has felony convictions for possession of a controlled substance and second degree assault.

9   **Special Condition #5:** You must undergo a substance abuse evaluation and if indicated by a license/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment or aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged Mr. Hunter is in violation of his conditions of supervised release by failing to attend his substance abuse treatment class on December 27, 2023, and January 5, 2024.

On the above-noted dates, the undersigned was notified by staff at Pioneer Human Services (PHS) that Mr. Hunter was a no show for his mandatory substance abuse treatment groups.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
January 8, 2024
Page 3

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | January 8, 2024 |
|  | s/Corey M. McCain |
|  | Corey M. McCain<br>U.S. Probation Officer |

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*[signature]*

Signature of Judicial Officer

1/8/2024

Date