PROB 12C
(6/16)

Report Date: January 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thaishaun Jamar Altoreek Hunter | Case Number: 0980 2:18CR00222-WFN-1 |
| Address of Offender: ████████████████ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 3, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 297 days;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(September 21, 2021) | Prison - 141 days;<br>TSR - 28 months | | |
| Revocation Sentence:<br>(February 8, 2023) | Prison - 6 months;<br>TSR - 25 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 11, 2023 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 10, 2025 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/28/2023, and 01/08/2024.

On August 14, 2023, Mr. Hunter's conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Hunter is in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or around January 3, 2024. |

Prob12C
Re: Hunter, Thaishaun Jamar Altoreek
January 16, 2024
Page 2

On December 26, 2023, a sweat patch was applied to the left arm of Mr. Hunter. The patch was removed and sent to the laboratory for testing on January 3, 2024. On January 16, 2024, lab results were received showing a positive test for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 16, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

1/17/2024
Date